[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

*Eddie L. Rainey* )
_____ )
_____ )
)
Plaintiff(s), )
)
v. )
*Hub Group, Inc* )
*Dave Davidson Terminal* )
*Manager, McCok/Channahon* )
Defendant(s). )

JUN 23 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cv-03996
Presiding Judge Elaine E. Bucklo
Magistrate Judge Heather K. McShain
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is *Eddie L. Rainey* of the county of *Cook* in the state of *Illinois*.

3. The defendant is *Hub Group, Inc, Dave Davidson, Terminal Mgr*, whose street address is *4901 S. Monitor, Chicago, IL. 60638*, (city) *Chicago* (county) *Cook* (state) *Illinois* (ZIP) *60638*

(Defendant's telephone number) (*888*) – *212-5252*

4. The plaintiff sought employment or was employed by the defendant at (street address) *4901 S. Monitor* (city) *Chicago* (county) *Cook* (state) *Illinois* (ZIP code) *60638*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.    The plaintiff [*check one box*]

(a)  ☐    was denied employment by the defendant.

(b)  ☐    was hired and is still employed by the defendant.

(c)  ☒    was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Feb_____, (day) 3_____, (year) 2023___.

7.1    *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)    The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒*has*  ☐*has not* filed a charge or charges against the defendant

asserting the acts of discrimination indicated in this complaint with any of the

following government agencies:

(i)    ☒ the United States Equal Employment Opportunity Commission, on or about

(month) March_____ (day) 23_____ (year) 2023____.

(ii)    ☐  the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____.

(b)    If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒  Yes, ☐  No, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

(a)    the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) _Feb_____ (day)_13____ (year) _2023_____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month) _March_____

(day) _23_____ (year) _2023___.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b) ☒  the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month) _March_____ (day) _23_____ (year) _2023____ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): Failed to Train Driver on "Their Computor"

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_Please See Attachment, Section (12) of page 5._

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_Please see Attachment, Section (13) of page 5._

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _Teach plaintiff to correctly operate there Hand Held Computer. Before re hiring plaintiff._

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

_Eddie L. Rainey_____
(Plaintiff's name)

_14419 Halstead APT 3B_____
(Plaintiff's street address)

(City) _Riverdale_____ (State) _IL.____ (ZIP) _60827_

(Plaintiff's telephone number) (_312_) – _914 · 9651_____

Date: _June 23, 2023_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Section (12) of page 5

Eddie I Rainey was born in the State of Mississippi during the year 1953. That makes him 70 years old. During the time of this complaint, Rainey was 69 years old. That means, the State of Mississippi did not start students into school until those students are 6 years old. My parents did not move to the city of Chicago, Illinois until Rainey was 6 years old! On arrival in Chicago, Rainey was two years behind in School. Chicago children are in school at 5 years of age.

There were no handheld computers made during this time. Additionally, handheld computers were not even invented until 1973. Rainey would have graduated from High School during the year 1972. The term "Pocket Computer" was not invented until 1980.

All the Trucking Computer that Rainey worked for did not use the type of computer that Hub Group, Inc and Dave Davison, Terminal Manager precented Eddie L Rainey. Rainey has never seen this handheld computer before. Rainey have worked for both Roadway Express, Inc and United Parcel Service, both are national carriers within the United States of America. Rainey has listed several other companies that he worked for and none of these companies used the handheld computer that Hub Group, Inc uses.

Rainey asked for training on the use of the computer from Terminal Manager, David Davidson, of Hub Group Inc, and Rainey was denied the training. Rainey was never given any training manual, or instructions. Rainey was given only the handheld computer only. The computer functioned in several efforts for a Truck Driver. The computer carried the log for the truck, the computer placed truck into service, this computer took a truck out of service. The handheld computer is kept by individual Drivers and is not attached to any truck and the computer is responsible for every truck that the terminal has. I Eddie L Rainey have never seen a computer that operates in a manner like this computer functions. Asking for training on the computer, Dave Davidson asked that I return the computer. I gave Dave the computer and the life jacket, then returned to my car and left their property.

Additionally, the Defendant used both a DOT Urine Drug Test, Hair Follicle Test. Both tests have a single function, which is to determine the use of drugs. The two combined tests are a duplication of a single effort. If either is positive, then a driver tests positive.

Sincerely:

Eddie L Rainey

**From:** SMichel@hubgroup.com,
**To:** eeddie51253@aol.com,
**Subject:** Hub Group Trucking Drug Test Authorization Form-Eddie Rainey
**Date:** Mon, Dec 19, 2022 4:26 pm
**Attachments:** Eddie Rainey Authorization.pdf (195K),

Hello Eddie Rainey

You are scheduled at Concentra **Wednesday, December 21 2022** to complete your Drug test (Urinalysis and Hair Follicle). Authorization form is in the attachment.

Please make sure to scan the barcode at Concentra

Address:
900 E 103rd Street
Chicago , IL 60628

| | |
|---|---|
| Company Name | : HGT |
| Home Base | : IL MCCOOK (73) |
| Requester Email | : smichel@hubgroup.com |
| Participant's Email | : eeddie51253@aol.com |
| Employee Name | : Eddie Rainey |
| Employee ID | : -4581 |
| Birth Date | '1953 |
| Phone | : 312-914-9651 |
| Authority | : DOT |
| License Number | : 3136 |
| License State/Province | : Illinois |
| Service Type | : Pre-Employment |
| Services | : DOT Urine Drug Test,Hair Follicle Test |
| Other Services: | : |
| Target Location | : (Pullman District) 900 E 103rd Street chicago il 60628 |
| Appt Date | : 12/21/2022 |



**Sherly Michel,** Driver Recruiter
O: 770.261.8327  C: 678.201.4241
smichel@hubgroup.com / hubgroup.com

COURT PURPOSES                                                                3136-0 AB312

                                                           06 20 23            DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

                                                                          -3136-0 PAGE
                                                                              01 OF 0

EDDIE L RAINEY
15131 WABASH AVE
SOUTH HOLLAND 60473

| | | CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|---|
| | | 05'13'86 | 05'07'21 | 05'12'53 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5:09 | 220 | BLK | BRN | | Y | 1 | A | NT | C | NONE | 05'12'25 |

                                                                          STOP I
                                                                          EFFEC
TYPE
ACTION

09-07-83

03-25-09

04-01-09

04-19-13

07-18-13

39 | CDL MED CERT  ISS-DT  05-17-13 EXP-DT  05-17-15 RESTR
NI    =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IL 036073469    NTL REGISTRY #:
NAME: S  BUNTING
                                                            773-468-2963

39 | CDL MED CERT  ISS-DT  03-06-15 EXP-DT  03-06-17 RESTR
NI    =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IL 085003862    NTL REGISTRY #: 7991847323
NAME: LAURA  WHITE
                                                            708-430-2295

39 | CDL MED CERT  ISS-DT  06-08-15 EXP-DT  06-08-17 RESTR
NI    =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IL 71000378A    NTL REGISTRY #: 8461729676
NAME: NADINE  BURNS
                                                            219-977-2090

39 | CDL MED CERT  ISS-DT  12-08-15 EXP-DT  03-08-16 RESTR
NI    =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: WI 433516    NTL REGISTRY #: 5600751356
NAME: RICK  STOUGHTON
                                                            715-926-4858

39 | CDL MED CERT  ISS-DT  02-05-16 EXP-DT  02-05-17 RESTR
NI    =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IN 01050073    NTL REGISTRY #: 3385863905
NAME: SYLVIA  MCKNIGHT
                                                            219-937-3632

* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the
information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's
license number, and I certify that all statutory notices required as a result of any driver control actions taken have
been properly given.                                                      SECRETARY OF STATE

(Form DSDASQ - Rev. 8/24/2011)



-3136-0 PAGE
06 20 23                                                                DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

02 OF 03

EDDIE L RAINEY
15131 WABASH AVE
SOUTH HOLLAND 60473

| | CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 05 13 86 | 05 07 21 | 05 12 53 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5:09 | 220 | BLK | BRN | | Y | 1 | A | NT | C | NONE | 05 12 25 |

TYPE ACTION                                                                                    STOP IN EFFECT

20  RESCIND        RES-DT  04-05-16 SANC-DT  04-08-16
    CANCELLATION RESCINDED
39  CDL MED CERT   ISS-DT  03-06-16 EXP-DT  03-06-17 RESTR
    NI      =NON-EXCEPTED INTERSTATE
    CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
    MEDICAL EXAMINER INFO: IN 085003862      NTL REGISTRY #: 7991847323
    NAME: LAURA   WHITE
                                                              219-430-2295
39  CDL MED CERT   ISS-DT  01-16-17 EXP-DT  01-16-19 RESTR
    NI      =NON-EXCEPTED INTERSTATE
    CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
    MEDICAL EXAMINER INFO: IA 35355        NTL REGISTRY #: 1095335413
    NAME: NAOMI   CHELLI
                                                              563-359-1170
11                          05-03-17

71              ISS-DT  05-03-17 EXP-DT  08-01-17 PERMIT-NO= LC9255

11                          05-06-17

71              ISS-DT  02-14-18 EXP-DT  05-15-18 PERMIT-NO= LC2305

39  CDL MED CERT   ISS-DT  09-30-17 EXP-DT  09-30-19 RESTR
    NI      =NON-EXCEPTED INTERSTATE
    CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
    MEDICAL EXAMINER INFO: IL 209002242      NTL REGISTRY #: 1948361962
    NAME: LAURA   HEALY
                                                              708-534-7523
39  CDL MED CERT   ISS-DT  01-16-19 EXP-DT  01-16-21 RESTR
    NI      =NON-EXCEPTED INTERSTATE
    CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
    MEDICAL EXAMINER INFO: IL 036092504      NTL REGISTRY #: 6635270449
    NAME: KANAYO   ODELUGA
                                                              708-709-2000
71              ISS-DT  02-08-19 EXP-DT  05-09-19 PERMIT-NO= LC9355

39  CDL MED CERT   ISS-DT  02-25-19 EXP-DT  02-25-20 RESTR
    NI      =NON-EXCEPTED INTERSTATE
    CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
    MEDICAL EXAMINER INFO: TX 01624        NTL REGISTRY #: 9504939857

* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

SECRETARY OF STATE

(Form DSDASQ - Rev. 8/24/2011)

COURT PURPOSES -3136-0 AB312

06 20 23 DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

-3136-0 PAGE

EDDIE L RAINEY
15131 WABASH AVE
SOUTH HOLLAND 60473

03 OF 0:

| | CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 05 13 86 | 05 07 21 | 05 12 53 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5:09 | 220 | BLK | BRN | | Y | 1 | A | NT | C | NONE | 05 12 25 |

| TYPE ACTION | | STOP IN EFFECT |
|---|---|---|

NAME: JERRY   JOHNSTONE

281-941-4174

19 ACCIDENT       ACC-DT   11-20-18 ACC-NO= 201801493496 CMV=Y HZ=N
COLLISION INVOLVING PERSONAL INJURY

39 CDL MED CERT   ISS-DT   07-20-19 EXP-DT   07-20-21 RESTR
NI      =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IL 036098681      NTL REGISTRY #: 3960561957
NAME: ERIC   GRIFFIN

708-430-2295

39 CDL MED CERT   ISS-DT   10-21-19 EXP-DT   10-21-21 RESTR
NI      =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: NE 448      NTL REGISTRY #: 5290243188
NAME: MARY   FLAMME

402-898-5600

65 DL/ID DATA     ISS-DT   02-08-19 EXP-DT   05-12-21 CLASS=A*
TYPE=CORRECTED DL
DRIVERS LICENSE ISSUED

71        ISS-DT   05-07-21 EXP-DT   08-05-21 PERMIT-NO= LC7252

11        05-07-21

39 CDL MED CERT   ISS-DT   06-23-21 EXP-DT   06-23-23 RESTR
NI      =NON-EXCEPTED INTERSTATE
CDL MEDICAL EXAMINER'S CERTIFICATE FOR NON-EXCEPTED INTERSTATE DRIVING
MEDICAL EXAMINER INFO: IL 036130348      NTL REGISTRY #: 7192472061
NAME: NICOLE   PATINO

773-468-2963

* END OF RECORD *

* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's license number, and I certify that all statutory notices required as a result of any driver control actions taken have been properly given.

(Form DSDASQ - Rev. 8/24/2011)

SECRETARY OF STATE

06 20 23        DDL: Y

PURSUANT TO THE PROVISIONS OF THE ILLINOIS VEHICLE CODE THE FOLLOWING INFORMATION IS FURNISHED FROM THE DRIVERS LICENSE FILE OF THE PERSON IDENTIFIED ABOVE

-3136-0

EDDIE L RAINEY
15131 WABASH AVE
SOUTH HOLLAND 60473

| | CONT LIC DATE | ISSUE DATE | BIRTH DATE |
|---|---|---|---|
| | 05 13 86 | 05 07 21 | 05 12 53 |

| GENDER | HEIGHT | WEIGHT | HAIR | EYES | D.E. | CDL | TL | CLASS | ENDORS | MC | RESTRICTION | EXPIRATION DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 5 09 | 220 | BLK | BRN | | Y | 1 | A | NT | C | NONE | 05 12 25 |

TYPE
ACTION

STOP IN
EFFECT

THIS ADDITIONAL SUPERVISION INFORMATION IS BEING
PROVIDED IN ACCORDANCE WITH SECTION 6-204 OF THE
ILLINOIS VEHICLE CODE AND IS SUBJECT TO THE
LIMITATIONS CONTAINED THEREIN.

NO SUPERVISIONS ON RECORD
* END OF RECORD *

* This is to certify, to the best of my knowledge and belief, after a careful search of my records, that the
information set out herein is a true and accurate copy of the captioned individual's driving record; identified by driver's
license number, and I certify that all statutory notices required as a result of any driver control actions taken have
been properly given.

SECRETARY OF STATE

(Form DSDASQ - Rev. 8/24/2011)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/23/2023

**To:** Mr. Eddie L. Rainey
14419 S Halsted apt 3b
RIVERDALE, IL 60827
Charge No: 440-2023-03614

EEOC Representative and email:  FATIMA SANDOVAL
Investigator
fatima.sandoval@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2023-03614.

On behalf of the Commission,

Digitally Signed By:Julianne Bowman
03/23/2023
Julianne Bowman
District Director